FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

05 JUN 24  AM II: 25

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR521 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| JASON McKILLIP, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the ___24___ day of June, 2005, on the Motion of the Defendant for an order to seal a certain document.  (Filing No. ___)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to File Certain Document Under Seal shall be filed under seal.

BY THE COURT:

Date: 6/24/05 _____

_____